**DISMISS and Opinion Filed February 15, 2023**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-23-00111-CV

## IN RE YOLANDA HAYES AND KELDRICK HAYES, Relators

**Original Proceeding from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-06696**

## MEMORANDUM OPINION

Before Justices Pedersen, III, Nowell, and Kennedy
Opinion by Justice Pedersen, III

Relators' February 8, 2023 petition for writ of mandamus challenges the trial court's determination to overrule relators' objection to the visiting judge. Before the Court is relators' February 13, 2023 motion to withdraw this original proceeding as moot.

We grant the motion, and we dismiss this original proceeding.

/Bill Pedersen, III/
BILL PEDERSEN, III
JUSTICE

230111F.P05